# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12-CR-0328 LJO SKO |
| Plaintiff, | **ORDER RE HOUSING** |
| vs. | |
| ANGELA GONZALEZ, | |
| Defendant. | |

On October 15, 2012, the Court ordered defendant Angela Gonzalez transferred to Kern County jail to receive medical care for her pregnancy. Based upon the follow-up oral report from the U.S. Marshal's Service regarding housing defendant in the Fresno County jail, the Court finds that relocation of housing to Kern County is not necessary. The Marshal has represented that in communications with Fresno County jail, the jail medical personnel have represented that they are aware defendant is pregnant, and have her scheduled for pregnancy related care, nourishment and vitamins. Based upon these representations, the Court STAYS the order to transfer defendant Angela Gonzalez to Kern County. Should counsel become aware that the medical care is lacking for this defendant, counsel shall again raise it with the Court.

IT IS SO ORDERED.

Dated:   October 18, 2012          /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE