1 **MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
ANGELA GONZALEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.: 1:12-cr-00328 LJO |
|---|---|
| Plaintiff, | **STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER** |
| vs. | |
| ANGELA GONZALEZ, | Judge: Honorable Lawrence J. O'Neill |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, that the pretrial release order be amended to remove the condition requiring Defendant Angela Gonzalez to surrender her passport.

Counsel for Defendant has been in contact with Assistant United States Attorney, Kathleen A. Servatius, who has no objection to this amendment.

DATED: January 4, 2013.

NUTTALL & COLEMAN

/s/ Mark W. Coleman
MARK W. COLEMAN,
Attorneys for Defendant,
ANGELA GONZALEZ

DATED: January 4, 2013.

BENJAMIN B. WAGNER<br>
United States Attorney<br><br>
/s/ Kathleen A. Servatius<br>
KATHLEEN A. SERVATIUS,<br>
Assistant U.S. Attorney

## O R D E R

**The condition is so modified.  However, should the passport be located, defendant still has the obligation to turn over the passport to probation IMMEDIATELY.**

IT IS SO ORDERED.

**Dated:  January 5, 2013**          /s/  Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE