1

**MARK W. COLEMAN #117306**
**NUTTALL & COLEMAN**

2

2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721

3

PHONE (559) 233-2900
FAX (559) 485-3852

4

5

ATTORNEYS FOR    Defendant,
ANGELA GONZALEZ

6

7

8

## IN THE UNITED STATES DISTRICT COURT

9

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-cr-00328 |
| Plaintiff, | |
| vs. | **WAIVER OF APPEARANCE**<br>**AND**<br>**ORDER** |
| ANGELA GONZALEZ | |
| Defendant. | |

12

13

14

15

16

17

**TO:    THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S**

18

**OFFICE and/or ITS REPRESENTATIVES:**

19

        Defendant, ANGELA GONZALEZ, by and through her attorney MARK W. COLEMAN,

20

of NUTTALL & COLEMAN, hereby applies to this court for an Order waiving her appearance at

21

the Status Conference currently set for April 1, 2013 at 1:00 p.m.

22

        The reason for this request is that Ms. Gonzales is currently being housed in a program at the

23

World Faith Training Center in Baldwin Park, CA.

24

        Ms. Gonzalez has been in continued contact with her attorney, and gives her attorney full

25

power to act on her behalf.

26

///

27

///

28

///

It is hereby requested that Angela Gonzalez's appearance at the hearing on April 1, 2013 at 1:00 p.m., be excused.

DATED: March 27, 2012.                    Respectfully submitted,

                                          NUTTALL & COLEMAN

                                          /s/ MARK W. COLEMAN

                                          _____
                                          MARK W. COLEMAN
                                          Attorney for Defendant,
                                          ANGELA GONZALEZ

                                          * * * * * *

## PROPOSED ORDER

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that Defendant, ANGELA GONZALEZ, is hereby excused from appearing at the Status Conference currently scheduled for April 1, 2013, at 1:00 p.m.

IT IS SO ORDERED.

**Dated:   March 27, 2013**                    _____/s/ Sheila K. Oberto_____
                                          UNITED STATES MAGISTRATE JUDGE