MARK W. COLEMAN #117306
NUTTALL & COLEMAN
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
ANGELA GONZALEZ

FILED
SEP 14 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00328-LJO-SKO |
| Plaintiff, | |
| v. | **APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON** |
| ANGELA GONZALEZ, | |
| Defendants. | |

Defendant, ANGELA GONZALEZ, through counsel, Mark W. Coleman, NUTTALL & COLEMAN, hereby moves the Court for an order exonerating the cash bond deposited with the Clerk of the Court in the above-captioned matter.

On or about January 8, 2013, United States District Judge Lawrence J. O'Neill ordered the release of Ms. Gonzalez, setting conditions of pretrial supervision, which including the posting of a $4,500.00 cash bond. Angela Gonzalez was released from custody on January 8, 2013, following the deposit of $4,500.00 cash with the Clerk of the Court by Angela Mindequia Mejia [Receipt # CAE100021108].

Due to the fact that Ms. Gonzalez has been sentenced to a term of probation and bail is no longer required, she requests that the Court exonerate the cash bond.

Assistant United States Attorney, Kathy Servatius, is in agreement with this application.

Dated: September 11, 2015  BENJAMIN B. WAGNER
United States Attorney

/s/ Kathleen Servatius

_____
KATHLEEN SERVATIUS,
Attorney for Plaintiff, United States of America


Dated: September 11, 2015.  Respectfully submitted,
NUTTALL & COLEMAN

/s/ Mark W. Coleman

_____
MARK W. COLEMAN
Attorneys for Defendant,
Angela Gonzalez

## ORDER

Good cause appearing therefore,

**IT IS HEREBY ORDERED** that the cash bond posted by Angela Gonzalez is exonerated and the Clerk of the Court is directed to return the $4,500.00 cash [Receipt # CAE100021108] to Angela Mindequia Mejia.

**IT IS SO ORDERED.**

Dated: Sept 12th, 2015

_____
Honorable Lawrence J. O'Neill
United States District Judge

2